

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**,
Schlumberger, N.V. a/k/a Schlumberger Limited, and Jose Salazar Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellees Schlumberger Technology Corporation, Schlumberger, N.V. a/k/a Schlumberger Limited, and Jose Salazar Jr. recover their costs of this appeal, if any, from appellant Loren Brewer.

SIGNED September 28, 2016.

Marialyn Barnard, Justice